IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00263-RJC-DCK

| USA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES EDGAR TYLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 274), of the Indictment, (Doc. No. 3), and the Superseding Indictment, (Doc. No. 108), as to James Edgar Tyler, without prejudice, based on his protracted fugitive status.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 274), is **GRANTED** and the Indictment, (Doc. No. 3), and the Superseding Indictment, (Doc. No. 108), are **DISMISSED** as to James Edgar Tyler, without prejudice.

Signed: May 5, 2015

Robert J. Conrad, Jr.
United States District Judge